384 A.2d 983

Commonwealth v. Joseph Borris, Appellant.

594

Argued November 17, 1977. Simon B. John, Assistant Public Defender, with him Thomas P. Ruane, Jr., Public Defender, for appellant; Joseph E. Ferens, Jr., Assistant District Attorney, with him Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Order affirmed.